Evan Livingstone, SBN 252008
182 Farmers Ln, Ste. 100A
Santa Rosa CA 95405
Phone: (707) 571-8600
Fax:    (707) 676-9112

Email: evanlivingstone@sbcglobal.net

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | | |
|---|---|---|---|
| In re | Martin Centeno | Case No. | 09-13796 |
| | Debtor(s) | Chapter | 13 |
| | | Date: | **January 11, 2010** |
| | | Time: | **1:30 PM** |
| | | Court: | **Santa Rosa, CA** |

**NOTICE OF HEARING ON DEBTOR'S MOTION**
**FOR ORDER VALUING LIEN OF BANK OF AMERICA AS $0**

To Secured Creditor **BANK OF AMERICA:**

Please Take Notice – At the above date and time there will be a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments. <u>If you do not appear at hearing, the Court may enter an order granting the relief.</u>

Date: November 23, 2009

*Evan Livingstone*
_____
Evan Livingstone
Attorney for Debtor(s)

Evan Livingstone, SBN 252008
182 Farmers Ln, Ste. 100A
Santa Rosa CA 95405
Phone: (707) 571-8600
Fax:   (707) 676-9112

Email: evanlivingstone@sbcglobal.net

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| In re | Martin Centeno | Case No. | 09-13796 |
| | Debtor(s) | Chapter | 13 |
| | | Date: | **January 11, 2010** |
| | | Time: | **1:30 PM** |
| | | Court: | **Santa Rosa, CA** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, a copy of above NOTICE OF HEARING ON MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS $0 as well as a copy of Debtor(s) MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by

☐ electronically
☐ first class United States mail
☒ certified mail addressed to an officer of the institution.

Kenneth D. Lewis
CEO and President
100 North Tryon St.
Charlotte, NC 28202

*/s/ Evan Livingstone*

**Evan Martyndale Livingstone Esq.**