| | |
|---|---|
| 1<br>2<br>3<br>4 | John M. Sorich – Bar #125223<br>ALVARADO & ASSOCIATES, LLP<br>1 Mac Arthur Place, Suite 210<br>Santa Ana, CA 92707<br>(714) 327-4400 / (714) 327-4499 fax<br>157-44866-2 |
| 5 | Attorneys for Objecting Party, FIRST NATIONAL BANK OF ARIZONA |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>MARTIN CENTENO,<br><br>Debtor.<br><br>FIRST NATIONAL BANK OF ARIZONA,<br><br>Objecting Party,<br><br>vs.<br><br>MARTIN CENTENO, Debtor; and DAVID BURCHARD, Chapter 13 Trustee,<br><br>Respondents. | Case No. 09-13796<br><br>(Chapter 13)<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>**341(a) Hearing Date:**<br>Date:   December 10, 2009<br>Time:   1:00 p.m.<br>Place:   Santa Rosa US Trustee Office<br><br>**Confirmation Hearing Date:**<br>Date:   January 11, 2010<br>Time:   1:30 p.m.<br>Place:   Santa Rosa Courtroom |

TO THE HONORABLE ALAN JAROSLOVSKY, THE DEBTORS, CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:

FIRST NATIONAL BANK OF ARIZONA, (hereinafter "Objecting Party"), hereby objects to the confirmation of the Debtor's Chapter 13 Plan, <u>inter alia</u>, and requests dismissal of the above-captioned Chapter 13 Bankruptcy on the following grounds:

-1-

| | |
|---|---|
| 1 | On November 11, 2009, MARTIN CENTENO (hereinafter referred to as "Debtor") filed a |
| 2 | Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Northern |
| 3 | District of California, Case No. 09-13796. |
| 4 | DAVID BURCHARD was appointed Trustee, has duly qualified, and is now acting in that |
| 5 | capacity. |
| 6 | On or about November 29, 2005, FIRST NATIONAL BANK OF ARIZONA, made a loan |
| 7 | in the amount of $288,000.00 ("Loan") to Debtors. In exchange for the Loan, the Debtors executed |
| 8 | and delivered a note in the original principal amount of $288,000.00 ("Note") to FIRST |
| 9 | NATIONAL BANK OF ARIZONA. As additional consideration, and as security for repayment of |
| 10 | the Loan, Debtors made, executed, and delivered to FIRST NATIONAL BANK OF ARIZONA, as |
| 11 | beneficiary, a Deed of Trust ("Deed") dated November 29, 2005. True and correct copies of the |
| 12 | Note and Deed are attached hereto as Exhibits "1" and "2" and are incorporated herein by reference. |
| 13 | The Deed encumbers the property commonly known **616 ALAMO AVENUE,** |
| 14 | **RICHMOND, CA 94806** ("Property"). |
| 15 | Objecting Party alleges that rehabilitation through Chapter 13 is not feasible. Debtor's |
| 16 | proposed Plan fails to provide for repayment of pre-petition arrearages owed to Objecting Party. |
| 17 | Approximate pre-petition arrearages are $6,930.00. Objecting Party objects to any Plan which fails |
| 18 | to provide for the repayment of the entire sum owed. |
| 19 | WHEREFORE, Objecting Party prays as follows: |
| 20 | 1. That confirmation of the proposed Chapter 13 Plan be denied; |
| 21 | 2. That the instant case be dismissed under 11 U.S.C. § 109(g) and/or with a |
| 22 | 180-day bar to re-filing; |
| 23 | 3. In the alternative, in the event confirmation is not denied, nor the case |
| 24 | dismissed, the Plan should be amended based upon inter alia the objections raised herein; |
| 25 | 4. For attorney's fees and costs incurred herein; and |
| 26 | 5. For such other relief as this Court deems proper. |
| 27 | /// |
| 28 | /// |

| | |
|---|---|
| Dated: December 10, 2009 | ALVARADO & ASSOCIATES, LLP |

By  /s/John M. Sorich
John M. Sorich, Attorneys for Objecting Party, FIRST NATIONAL BANK OF ARIZONA