John M. Sorich - Bar No.125223
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400, fax (714) 327-4499
157-44866-2

Attorneys for Movant, FIRST NATIONAL BANK OF ARIZONA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>MARTIN CENTENO,<br><br>               Debtor.<br>_____<br>FIRST NATIONAL BANK OF ARIZONA,<br>its assignees and/or successors in interest,<br><br>               Movant,<br><br>vs.<br><br>MARTIN CENTENO, Debtor; and DAVID BURCHARD, Chapter 13 Trustee,<br><br>               Respondents. | Case No. 09-13796<br><br>(Chapter 13)<br><br>**NOTICE OF WITHDRAWAL OF MOVANT'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED DECEMBER 10, 2009**<br><br>**341(a) Hearing Date:**<br>Date:  December 10, 2009<br>Time:  1:00 p.m.<br>Place:  Santa Rosa US Trustee Office<br><br>**Confirmation Hearing Date:**<br>Date:  January 11, 2010<br>Time:  1:30 p.m.<br>Place:  Santa Rosa Courtroom |

TO THE HONORABLE ALAN JAROSLOVSKY, THE DEBTOR, CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that FIRST NATIONAL BANK OF ARIZONA, its assignees and/or successors in interest ("Movant") hereby withdraws its Objection to Confirmation of Chapter 13 Plan filed with the court in the above-referenced matter on December 10, 2009.

- 1 -

| | | |
|---|---|---|
| 1 | Dated: January 12, 2010 | ALVARADO & ASSOCIATES, LLP |
| 2 | | |
| 3 | | By   /s/ John M. Sorich |
| 4 | | John M. Sorich, Attorney for Movant, FIRST NATIONAL BANK OF ARIZONA |
Dated: January 12, 2010                    ALVARADO & ASSOCIATES, LLP


By   /s/ John M. Sorich
John M. Sorich, Attorney for Movant, FIRST NATIONAL BANK OF ARIZONA

Case: 09-13796   Doc# 23   Filed: 01/12/10   Entered: 01/12/10 08:38:43   Page 2 of 2