

Signed: June 14, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

1 | John M. Sorich - Bar #125223
ALVARADO & ASSOCIATES, LLP
2 | 1 Mac Arthur Place, Suite 210
Santa Ana, California 92707
3 | (714) 327-4400
Fax No. (714) 327-4499
4 | slawrence@alvaradoca.com
157-44866-2

6 | Attorneys for Movant, FIRST NATIONAL BANK OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-13796 |
| MARTIN CENTENO, | RS No.: JMS-770 |
| Debtor. | (Chapter 13) |
| FIRST NATIONAL BANK OF ARIZONA, its assignees and/or successors in interest, | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | Date: June 10, 2010
Time: 9:00 am
Place: Courtroom
99 South E Street
Santa Rosa, California |
| vs. | |
| MARTIN CENTENO, Debtor; and DAVID BURCHARD, Chapter 13 Trustee, | |
| Respondents. | |

The Motion of FIRST NATIONAL BANK OF ARIZONA, ("Movant") for relief from the automatic stay, came on regularly for hearing before the Honorable Alan Jaroslovsky, United States Bankruptcy Judge, on June 10, 2010 at 9:00 am, in the above-entitled Court. Movant appeared through its counsel. All other appearances were duly noted in the Court's record.

| | |
|---|---|
| 1 | **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Motion for |
| 2 | Relief from the Automatic Stay is denied without prejudice. In the event of a future default, |
| 3 | Movant may restore the matter on the Court's calendar. |
| 4 | |
| 5 | |
| 6 | Certificate of Service for the Proposed Order Docket Entry No.31 |
| 7 | ***END OF ORDER*** |

## COURT SERVICE LIST

**DEBTOR**
MARTIN CENTENO, Mr.
7169 BARBI LN
ROHNERT PARK, CA  94928

**DEBTORS COUNSEL**
EVAN LIVINGSTONE
PO BOX 6107
SANTA ROSA, CA, 95406

**TRUSTEE**
DAVID BURCHARD
393 Vintage Park Dr. #150
Foster City, CA, 94404

**US TRUSTEE**
235 PINE STREET, STE. 700
SAN FRANCISCO, CA, 94104

**MOVANTS COUNSEL**
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, California 92707